Opinion issued February 17, 2026



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00381-CV

_____

**ANGELINA BUDKO, Appellant**

**V.**

**MINA SAMIR MUKHAR, Appellee**

---

**On Appeal from the 461st District Court**
**Brazoria County, Texas**
**Trial Court Case No. 116340-F**

---

## MEMORANDUM OPINION

Appellant, Angelina Budko, files an unopposed motion for voluntary dismissal of this appeal that we abated to mediation. No opinion has issued in this appeal. Accordingly, we grant the motion and reinstate and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.